**Order entered July 15, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01087-CR

## CHRISTOPHER ANTON SIMON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F19-76381-H

## ORDER

Appellant's brief was originally due on March 30, 2022. We granted three motions for extensions of time, making the brief due on June 20, 2022. We cautioned appellant further extensions were not favored. To date, no brief has been filed, and appellant has not communicated further about the appeal.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant

desires to prosecute this appeal, whether appellant has abandoned the appeal, or whether appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Clinton, Presiding Judge, Criminal District Court No. 1; and to counsel for all parties.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated twenty days from the date of this order or when the Court finds it appropriate to do so.

/s/    LANA MYERS
       JUSTICE